PEARSON, J.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| MAURICE GALES, | ) |
| Petitioner, | ) CASE NO. 1:17CV2281 |
| | ) |
| v. | ) JUDGE BENITA Y. PEARSON |
| | ) |
| WARDEN KIMBERLY CLIPPER, | ) |
| | ) **MEMORANDUM OF OPINION AND** |
| Respondent. | ) **ORDER** |

Petitioner Maurice Gales filed a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 (ECF No. 1) alleging eight (8) grounds for relief which challenge the constitutionality of his conviction and sentence in the Cuyahoga County Court of Common Pleas Case No. CR-14-588092-A. A Cuyahoga County Grand Jury indicted Petitioner on one count of rape and one count of kidnapping. Petitioner was convicted on both counts. At sentencing, the counts were merged, and Petitioner received 10 years in prison. The case was referred to Magistrate Judge Kathleen B. Burke for preparation of a report and recommendation pursuant to 28 U.S.C. § 636 and Local Rule 72.2(b)(2). On May 15, 2018, the magistrate judge issued a Report and Recommendation (ECF No. 7). In her report, the magistrate judge recommends that the Court deny the habeas petition on the following grounds: (1) Ground Four is not cognizable; (2) Grounds Two, Three, and Five are not cognizable and/or fail on the merits; and (5) Grounds One, Six, Seven, and Eight fail on the merits.

(1:17CV2281)

Fed. R. Civ. P. 72(b)(2) provides that objections to a report and recommendation must be filed within 14 days after service. Objections to the Report were, therefore, due on May 29, 2018. But, neither party has timely filed any such objections. Therefore, the Court must assume that the parties are satisfied with the magistrate judge's recommendations. Any further review by this Court would be a duplicative and inefficient use of the Court's limited resources. *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984), *aff'd*, 474 U.S. 140 (1985); *Howard v. Secretary of Health and Human Services*, 932 F.2d 505 (6th Cir. 1991); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).

Accordingly, the Report and Recommendation of the magistrate judge is hereby adopted. Maurice Gales's Petition for a Writ of Habeas Corpus will be dismissed.

The Court certifies that there is no basis upon which to issue a certificate of appealability. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).


    IT IS SO ORDERED.


 June 1, 2018                           */s/ Benita Y. Pearson*
Date                                       Benita Y. Pearson
                                            United States District Judge